Gerard H. Hanson, Esq.
Hill Wallack LLP
CN 5226
202 Carnegie Center
Princeton, NJ 08543-5226
(609) 734-6390
Attorneys for Defendants
Menu Foods, Inc., Menu Foods Income Fund,
and Menu Foods Midwest Corporation

and

Edward B. Ruff, III, Esq.
Michael P. Turiello, Esq.
Pretzel & Stouffer, Chartered
One South Wacker Dr., Suite 2500
Chicago, IL 60606-4673
(312) 578-7458
Pro Hac Vice Attorneys for Menu Foods Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES CONNER and FRANCES NASH; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS INC.; MENU FOODS INCOME FUND; and MENU FOODS MIDWEST CORPORATION,<br><br>Defendants | Civil Action No.: 07-cv-1623 (NLH)<br><br>CORPORATE DISCLOSURE STATEMENT |

1. Menu Foods, Inc. is a New Jersey corporation with its principal place of business in Pennsauken, New Jersey. Menu Foods Holdings, Inc. owns 10% or more of Menu Foods, Inc.'s stock.

2. Menu Foods Midwest Corporation is a Delaware corporation with its principal place of business in Emporia, Kansas. Menu Foods Holdings, Inc. owns 10% or more of Menu Foods Midwest Corporation's stock.

Hill Wallack LLP

By: *Gerard H Hanson*
Gerard H. Hanson

{F:\wdox\docs\014210\00001\01586256.DOC; 1}