| | UNITED STATES DISTRICT COURT<br>MARTIN LUTHER KING, JR.<br>FEDERAL BLD & U.S. COURTHOUSE<br>50 WALNUT STREET<br>P.O. BOX 419<br>NEWARK, N.J. 07101-0419 | |
|---|---|---|
| William T. Walsh<br>Clerk | | CAMDEN OFFICE<br>USPO & Courthouse<br>P.O. Box 2797<br>Camden, N.J. 08101<br><br>TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603 |

Date: June 29, 2007

    In Re Pet Food Products Liability Litigation
    MDL Docket Number: 1850
    Master Docket In New Jersey: 07cv2867(NLH)(AMD)

NOTICE TO ALL COUNSEL:

    Pursuant to Rule 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation this case has been associated with MDL1850, Master Case number 07cv5867(NLH).

    All mail in this litigation should be sent to the Camden office. The District of New Jersey requires documents be filed electronically. Please refer to the Court's website www.njd.uscourts.gov to obtain information on becoming an Electronic Filing User in the District of New Jersey. Documents not filed electronically must be submitted with a disc or CD-ROM in accordance with the District of New Jersey's CM/ECF Policies and Procedures. These Policies and Procedures can be found on the Court's website. If there is a need to contact this office by phone, you may contact Marcy Barratt or Susan Bush at 856-757-5021.

    The District of New Jersey's motion practice is covered by Local Rules 7.1, 37.1 and 78.1 and will be followed, unless otherwise ordered by the Court. The Local Civil Rules are available on the Court's website.

                                                          Sincerely,

                                                          William T. Walsh, Clerk

                                                    By:     s/Susan Bush
                                                               Deputy Clerk

Enc.
cc: Jeffrey N. Luthi
    Clerk, Judicial Panel on Multidistrict Litigation

DNJ-Civ-MDL-002